IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| 6105 HARFORD LLC and<br>IB DENTAL I, PC<br>6105 Harford Road<br>Baltimore, MD 21214,<br>    *Plaintiffs,*<br><br>      v.<br><br>ALLMERICA FINANCIAL BENEFIT<br>INSURANCE COMPANY, A SUBSIDIARY<br>OF THE HANOVER INSURANCE<br>GROUP<br>440 Lincoln Street<br>Worcester, MA 01653,<br>    *Defendant.* | CIVIL ACTION NO. _____<br><br>JURY TRIAL DEMANDED |

**CIVIL ACTION COMPLAINT**

The Plaintiffs, 6105 Harford, LLC and IB Dental I, PC, by and through their counsel, James T. Bacon and the law firm of Mahdavi, Bacon, Halfhill & Young, PLLC, file this Complaint stating as follows:

**PARTIES**

1.     Plaintiff, 6105 Harford LLC, is a Maryland limited liability company with its principal place of business located at 6105 Harford Road, Baltimore, MD 21214.

2.     Plaintiff, IB Dental I, PC, is a Maryland professional corporation with its principal place of business located at 6105 Harford Road, Baltimore, MD 21214.

3.     Defendant, Allmerica Financial Benefit Insurance Company, is a corporation organized and existing under the laws of a state other than Maryland, with its principal place of business located at 440 Lincoln Street, Worcester, Massachusetts

1

01653. Allmerica Financial Benefit Insurance Company is a subsidiary of The Hanover Insurance Group, a publicly traded insurance holding company. Defendant is authorized to conduct, and does conduct, substantial business in the State of Maryland, including issuing insurance policies to Maryland policyholders.

4. At all relevant times, Defendant acted through its authorized agents, employees, and representatives acting within the scope of their authority and employment.

## JURISDICTION & VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

6. This Court has personal jurisdiction over Defendant because it conducts substantial and regular business in the State of Maryland.

7. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claims occurred in this District and the insured property is located in Baltimore, Maryland.

## CAUSE OF ACTION AND RELIEF REQUESTED

8. Plaintiffs are the legal and equitable owners and insureds of property located at 6105 Harford Road, Baltimore, MD 21214 (the "Property").

9. Defendant, in its regular course of business, issued a commercial property insurance policy to Plaintiffs bearing policy number Z2RH97062000 (the "Policy"), which was in full force and effect at all relevant times. Plaintiffs are not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

10. On or about August 1, 2022, while the Policy was in effect, the Property sustained direct physical loss and damage (the "Loss"), in an amount in excess of $1,500,000.00.

11. Notice of Plaintiffs' covered loss was given to Defendant in a prompt and timely manner and Plaintiffs have done and otherwise performed all things required of Plaintiffs under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

12. Defendant determined that Plaintiffs suffered loss to property that was partially covered under the terms and conditions of the policy, but denied coverage for a portion of the loss.

13. Despite demand, Defendant has failed and refused to pay to Plaintiffs the full benefits due and owing under the Policy.

14. Defendant has breached its contractual obligations to pay benefits for a covered loss.

15. As a direct and proximate result of Defendant's failure to pay benefits owed under the Policy, Plaintiffs have suffered damages, including but not limited to the cost to repair and restore the Insured Property, out-of-pocket expenses, and other consequential damages.

16. Defendant's refusal to pay the benefits due under the Policy constitutes a breach of contract.

WHEREFORE, Plaintiffs, 6105 Harford LLC and IB Dental I, PC, demand judgment against Defendant, Allmerica Financial Benefit Insurance Company, for an amount in excess of $150,000.00 together with interest, costs of suit, and for such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    6105 HARFORD LLC and IB DENTAL I, PC
    By Counsel

### JURY DEMAND

Plaintiffs demand a trial by July on all issues raised in the Complaint.

**MAHDAVI, BACON, HALFHILL & YOUNG, PLLC**

By:     */s/ James T. Bacon*
    James T. Bacon, Esq. (MD Bar # 10956)
    11350 Random Hills Rd., Suite 700
    Fairfax, VA  22030
    703-352-1300
    703-352-1301 (facsimile)
    jbacon@mbhylaw.com
    Counsel for Plaintiffs